**Ace PATTERSON, Petitioner–Appellant,**

v.

**SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, Respondent–Appellee.**

No. 12–12653

United States Court of Appeals, Eleventh Circuit.

Date Filed: 08/04/2016

Erica Hashimoto, Georgetown Appellate Litigation Clinic, Washington, DC, Zack Kelehear, Maria Rivera–Diaz, University of Georgia School of Law, Athens, GA, for Petitioner–Appellant.

Bryan G. Jordan, Pam Bondi, Attorney General's Office, Tallahassee, FL, for Respondent–Appellee.

Michelle Yard, Conrad Benjamin Kahn, Federal Public Defender's Office, Orlando, FL, for National Association Of Criminal Defense Lawyers, Florida Association Of Criminal Defense Lawyers, Federal Defender's Office Middle District Of Florida.

Before ED CARNES, Chief Judge, TJOFLAT, HULL, MARCUS, WILSON, WILLIAM PRYOR, MARTIN, JORDAN, ROSENBAUM, JULIE CARNES, and JILL PRYOR, Circuit Judges.

BY THE COURT:

A member of this Court in active service having requested a poll on whether this case should be reheard en banc and a majority of the judges of this Court in active service having voted in favor of granting rehearing en banc, IT IS ORDERED that this case will be reheard en banc. The panel's opinion is VACATED.